THOMAS CADICAMO, as Administrator of the Estate of MARIA E. CADICAMO, Deceased, Appellant, v. LONG ISLAND COLLEGE HOSPITAL, Respondent.— Upon remission of this appeal from the Court of Appeals (308 N. Y. 196, decided December 31, 1954), in pursuance of section 606 of the Civil Practice Act, for determination of any questions of fact raised upon the appeal to this court, order setting aside the verdict in appellant's favor, directing a verdict in respondent's favor and dismissing the complaint reversed and verdict reinstated, with costs to appellant in all courts. Insofar as any questions of fact were raised for review in this court, in our opinion the verdict in appellant's favor was supported by the evidence. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur. [See post, p. 974.]

■

MARIE FENAMORE et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Appeal by plaintiffs from an order denying a motion to advance the trial of a personal injury action to a day certain, and from an order on reargument adhering to the original decision. Order made on reargument affirmed, with $10 costs and disbursements. No opinion. Appeal from original order dismissed, without costs. Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ., concur.

■

MARIE A. GABRIELE, Respondent, v. ANGELO GABRIELE, Appellant.— In an action for separation, defendant appeals from that part of the judgment awarding $80 a week for alimony, support and maintenance. Judgment, insofar as appealed from, modified on the facts by substituting $60 for $80, and as so modified judgment unanimously affirmed, without costs. On this record, the allowance of $80 a week was not warranted. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

■

JOAN HACKETT, an Infant by Her Guardian ad Litem, MARY HACKETT, et al., Respondents, v. STASS REED, Appellant.— In an action to recover damages for assault and battery, and for medical expenses, order directing defendant to appear before an official referee for examination before trial upon stated matters, affirmed, with $10 costs and disbursements; examination to proceed upon five days' notice. No opinion. Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ., concur. [207 Misc. 311.]